# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 0851

VERSUS

JEREMY RYAN SCHAKE                               **OCTOBER 19, 2021**

---

In Re:    State of Louisiana, applying for supervisory writs,
          22nd Judicial District Court, Parish of St. Tammany,
          No. 0024-F-2020.

---

**BEFORE:    GUIDRY, LANIER, AND WOLFE, JJ.**

    **WRIT DENIED.**

                        **JMG**
                        **WIL**
                        **EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
       FOR THE COURT